In the Matter of the Accounting of MARY DIXON, as Committee of the Estate of MICHAEL DIXON, an Incompetent Person, Respondent.

FRANK T. HINES, as Administrator of Veterans' Affairs, Appellant.

Submitted November 18, 1941; decided December 10, 1941.

*William A. Gillcrist* and *James A. Clark* for appellant.

*Theodore K. McCarthy* and *Harry Bijur* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.